UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANGELA SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | No. 4:13-CV-229-RJ |
| ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED,** upon motion of the Plaintiff, and with consent of the Defendant, that the Commissioner of Social Security pay to Plaintiff's attorney $5,000.00, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). If there is debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716), any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

This Judgment Filed and Entered on April 22, 2015 with service on:
Charlotte Williams Hall (via Notice of Electronic Filing)
Todd J. Lewellen (via Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK
DATE /s/ Jacqueline B. Grady
April 22, 2015  Jacqueline B. Grady, Deputy Clerk